IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03120-TPO

ENDERSO ERNESTO RAMOS SARMIENTO,

Petitioner,

v.

WARDEN, Denver Contract Detention Facility,

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security,

TODD BLANCHE, Acting U.S. Attorney General,

DAVID J. VENTURELLA, Acting Director,
U.S. Immigration and Customs Enforcement,

and

ROBERT HAGAN, Denver Field Office Director,
U.S. Immigration and Customs Enforcement,

in their official capacities,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 9, 2026**

This matter comes before this Court upon Petitioner's Notice of Voluntary Dismissal without Prejudice. ECF 14.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner's notice is self-effectuating. Accordingly, this matter was dismissed without prejudice as of its filing.

The Clerk of Court shall **close** this case.